1  LUANN L. SIMMONS (S.B. #203526)  lsimmons@omm.com
   ALAN TSE (S.B. #266273)  atse@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, CA  94111-3823
   Telephone:    (415) 984-8700
4  Facsimile:     (415) 984-8701

5  Attorneys for Defendant
   Marco Group, Inc.
6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **NORTHERN DISTRICT OF CALIFORNIA**

10                              **SAN JOSE DIVISION**

11

| | |
|---|---|
| TRUE INNOVATIONS, LLC, a Mauritius company,<br><br>                    Plaintiff,<br><br>       v.<br><br>MARCO GROUP, INC., a Missouri corporation, and ZHEJIANG QIANGLONG CHAIR INDUSTRY CO., LTD, a Chinese company,<br><br>                    Defendants. | Case No.  10-CV-02499-LHK<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO TRANSFER AND THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>The Hon. Lucy H. Koh |

ORDER REGARDING HEARING
DATE
                                                                          10-CV-02499-LHK

WHEREAS, on August 6, 2010, Defendant Marco Group, Inc. ("Marco") filed its motion to transfer pursuant to 28 U.S.C. § 1404(a); and

WHEREAS, both the hearing on Marco's motion to transfer and the Initial Case Management Conference is scheduled for November 4, 2010 at 1:30 p.m.; and

WHEREAS, the parties have agreed to an informal settlement meeting in late October and have agreed to continue the hearing date to facilitate the settlement discussions;

NOW, THEREFOR, the Court orders the following schedule:

1.  The hearing on Marco's Motion to Transfer be continued from November 4, 2010, to January 20, 2011, at 1:30 p.m.; and

2.  The Initial Case Management Conference be continued from November 4, 2010, to January 20, 2011, at 1:30 p.m.; and

3.  The parties shall submit their opposition and reply briefing regarding the Motion to Transfer as though the hearing on that motion were set for December 16, 2010

3.  All other dates previously scheduled by the Court shall remain unchanged.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: October 6, 2010

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge