LUANN L. SIMMONS (S.B. #203526)  lsimmons@omm.com
ALAN TSE (S.B. #266273)  atse@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendant
Marco Group, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE INNOVATIONS, LLC, a Mauritius company, <br><br> Plaintiff, <br><br> v. <br><br> MARCO GROUP, INC., a Missouri corporation, and ZHEJIANG QIANGLONG CHAIR INDUSTRY CO., LTD, a Chinese company, <br><br> Defendants. | Case No.  10-cv-02499-LHK <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE FOR ADR SESSION** <br><br> The Hon. Lucy H. Koh |

1  WHEREAS, pursuant to party agreement and court order dated 8/26/2010 (Dkt. No. 33),
2  the deadline for ADR session was set for 11/24/2010 (90 days from 8/26/2010); and
3  WHEREAS, the parties have agreed to an informal settlement meeting in December, and
4  have agreed to continue the deadline for ADR session to facilitate the settlement discussions;
5  NOW, THEREFOR, the parties, by and through their respective attorneys of record, agree
6  as follows:
7  1. The deadline for ADR session be continued from November 24, 2010, to January
8  14, 2011; and
9  2. All other dates previously scheduled by the Court shall remain unchanged.

Dated: November 9, 2010         K&L GATES LLP


                                By: /s/ *Jon Michaelson*
                                    Jon Michaelson
                                    Attorneys for Plaintiff
                                    True Innovations, LLC


Dated: November 9, 2010         O'MELVENY & MYERS LLP


                                By: /s/ *Luann L. Simmons*
                                    Luann L. Simmons
                                    Attorneys for Defendant
                                    Marco Group, Inc.

1  In accordance with the Northern District of California's General Order No. 45, Section
2  X.(B), I attest that concurrence in the filing of this document has been obtained from Jon
3  Michaelson and that the original will be maintained and provided if subsequent production is
4  required.

Dated: November 9, 2010

By: ⎯⎯⎯⎯⎯/s/ *Luann L. Simmons*⎯⎯⎯⎯⎯
       Luann L. Simmons

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5 _____

6 Hon. Lucy H. Koh
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28