**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| TRUE INNOVATIONS, LLC, a Mauritius company, | ) ) ) | Case No.: 10-CV-02499-LHK |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER RE-SETTING BRIEFING SCHEDULE |
| v. | ) ) | |
| MARCO GROUP, INC., a Missouri corporation, and ZHEJIANG QIANGLONG CHAIR INDUSTRY CO., LTD, a Chinese company, Defendants. | ) ) ) ) ) | |

On October 6, 2010, the Court entered an order granting the parties' request to move the hearing date for a hearing on Defendants' Motion to Transfer (Dkt. No. 24) to January 20, 2011. *See* Dkt. No. 36. The Court also ordered that "[t]he parties shall submit their opposition and reply briefing regarding the Motion to Transfer as though the hearing on that motion were set for December 16, 2010." To date, Plaintiff has submitted no Opposition to the Motion to Transfer, nor any statement of nonopposition, as required by Civil Local Rule 7-3(b). These papers were due November 26, 2010.

The Court hereby re-sets the briefing schedule for the opposition and reply briefing to the Motion to Transfer (which was originally filed in August, 2010). This is the last extension that will be granted regarding these filings. The Plaintiff's Opposition, or statement of nonopposition, is due December 23, 2010. The Defendants' Reply, if any, is due January 6, 2011.

1

Case No.: 10-CV-02499-LHK
ORDER RE-SETTING BRIEFING SCHEDULE

Dated: December 10, 2010

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-02499-LHK
ORDER RE-SETTING BRIEFING SCHEDULE