**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TRUE INNOVATIONS, LLC, a Mauritius company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARCO GROUP, INC., a Missouri corporation, )<br>and ZHEJIANG QIANGLONG CHAIR )<br>INDUSTRY CO., LTD, a Chinese company, )<br>Defendants. ) | Case No.: 10-CV-02499-LHK<br><br>ORDER RESPONDING TO NOTICE OF SETTLEMENT |

This case was filed on June 7, 2010. Defendants filed a Motion to Transfer Venue to the Western District of Missouri on August 6, 2010. *See* Dkt. No. 24. Defendants initially noticed the motion for hearing on September 16, 2010. Both the hearing and the briefing schedule have been continued numerous times. *See* Dkt. Nos. 29, 35, 36, and 39. Since September 2010, the parties have requested continuances for the purpose of settlement. The parties have failed to file briefs on November 26, 2010; December 23, 2010; and January 6, 2010.

On December 23, 2010, the parties represented that they "have reached a settlement agreement, in principle, but need time to formalize their agreement." On January 6, 2011, the parties represent that they have agreed to resolve the matter "informally and currently are working to memorialize such resolution in a final settlement agreement" and "expect to execute the final settlement agreement within the next week."

1

Case No.: 10-CV-02499-LHK
RESPONDING TO NOTICE OF SETTLEMENT

1   The hearing on the Motion to Transfer Venue, currently set for January 20, 2011, will
2   remain as set.  Plaintiff's opposition is due Thursday, January 13, 2011; Defendants' reply is due
3   Tuesday, January 18, 2011.  Any briefs filed after these dates will be disregarded by the Court.
4   The Court will vacate the hearing and briefing dates only if the parties file a stipulation dismissing
5   this case.

6   Dated: January 7, 2011

_____
LUCY H. KOH
United States District Judge