| | |
|---|---|
| 1 | LUANN L. SIMMONS (S.B. #203526)  lsimmons@omm.com |
| 2 | ALAN TSE (S.B. #266273)  atse@omm.com<br>O'MELVENY & MYERS LLP |
| 3 | Two Embarcadero Center, 28th Floor<br>San Francisco, CA  94111-3823 |
|   | Telephone:     (415) 984-8700 |
| 4 | Facsimile:       (415) 984-8701 |
| 5 | Attorneys for Defendant |
| 6 | Marco Group, Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TRUE INNOVATIONS, LLC, a Mauritius company, | Case No.  10-cv-02499-LHK |
| Plaintiff, | **STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| MARCO GROUP, INC., a Missouri corporation, and ZHEJIANG QIANGLONG CHAIR INDUSTRY CO., LTD, a Chinese company, | The Hon. Lucy H. Koh |
| Defendants. | |

Plaintiff True Innovations, LLC ("True") and Defendant Marco Group, Inc. ("Marco Group") hereby agree and stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), True hereby dismisses with prejudice all claims asserted against Marco Group and against Defendant Zhejiang Qianglong Chair Industry Co., Ltd. in this action.  The Clerk shall close the file.

**SO STIPULATED.**

| | |
|---|---|
| Dated: January 12, 2011 | O'MELVENY & MYERS LLP<br>By:  /s/ *Luann L. Simmons*<br>Luann L. Simmons<br>Luann L. Simmons (SBN 203526)<br>lsimmons@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: 415-984-8700<br>Facsimile: 415-984-8701<br>Attorneys for Defendant<br>MARCO GROUP, INC. |
| Dated: January 12, 2011 | K&L GATES LLP<br>By:  /s/ *Jon Michaelson*<br>Jon Michaelson<br>Jon Michaelson (SBN 83815)<br>jon.michaelson@klgates.com<br>K&L GATES LLP<br>630 Hansen Way<br>Palo Alto, CA 94304<br>Telephone: 650-798-6700<br>Facsimile: 650-798-6701<br>Attorneys for Plaintiff<br>TRUE INNOVATIONS, LLC |

**IT IS SO ORDERED.**
Dated: January 13, 2011

_____
The Honorable Lucy H. Koh
United States District Court Judge

- 2 -

STIP. DISMISSAL WITH PREJUDICE AND
[~~PROPOSED~~] ORDER
10-CV-02499-LHK